NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**KEMP L. STRICKLAND, OSB #961185**
Assistant United States Attorney
Kemp.Strickland@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **In the Matter of the Criminal Complaint of** | 3:24-mj-00027 _____ |
| **JORGE HERNANDEZ RODRIGUEZ** | **MOTION TO SEAL CRIMINAL COMPLAINT AND RELATED MATERIALS** |
| | **UNDER SEAL** |

The United States of America moves the Court for an order sealing the Criminal complaint, Arrest Warrant, the supporting Affidavit, the return, this motion, and the resulting order because, as referenced in the Criminal complaint, Arrest Warrant, the supporting Affidavit, the return, documents at this time, may result in the endangerment of the life or physical safety of an individual, flight from prosecution, the destruction of or tampering with evidence, intimidation of potential witnesses, and/or otherwise seriously jeopardize an investigation. In conjunction with the execution of this arrest warrant, arrests will be made.

**Motion to Seal Criminal Complaint and Related Materials**                                                                Page 1

WHEREFORE, the government requests that this Motion, the Order, and the Criminal complaint, Arrest Warrant, the supporting Affidavit, and the return, be filed under seal.

The government further requests that the government be authorized to provide copies of the Criminal complaint, Arrest Warrant, the supporting Affidavit, the return and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated: February 16, 2024               Respectfully submitted,

                                       NATALIE K. WIGHT
                                       United States Attorney


                                       /s/ Kemp L. Strickland
                                       KEMP L. STRICKLAND, OSB #961185
                                       Assistant United States Attorney